**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.F., A MINOR | : | No. 315 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: V.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: J.N.F., A MINOR | : | No. 316 EAL 2022 |
| | : | |
| | : | |
| | : | |
| PETITION OF: V.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.